[No. 40732-9-II.   Division Two.   January 4, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN EUGENE ONG, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 05-1-00230-1, George L. Wood, J., entered May 19, 2010. *Affirmed* by unpublished opinion per Worswick, A.C.J., concurred in by Armstrong and Hunt, JJ.

[No. 41128-8-II.   Division Two.   January 4, 2012.]

ROBERT NICKELL ET AL., *Appellants*, v. SOUTHVIEW HOMEOWNERS ASSOCIATION, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-2-15199-4, Frank E. Cuthbertson, J., entered July 30, 2010. *Reversed* and *remanded* by unpublished opinion per Hunt, J., concurred in by Van Deren and Johanson, JJ. Now published at 167 Wn. App. 42.

[No. 29094-8-III.   Division Three.   January 5, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON PAUL SHEPARD, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-1-01760-4, Jerome J. Leveque, J., entered May 7, 2010. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Korsmo, A.C.J., and Brown, J.

[No. 29439-1-III.   Division Three.   January 5, 2012.]

THE STATE OF WASHINGTON, *Appellant*, v. STEPHEN WADE HOLMES, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-02411-3, Michael P. Price, J., entered September 16, 2010. *Reversed* by unpublished opinion per Kulik, C.J., concurred in by Sweeney and Brown, JJ.